Peter Gibbons (CBN: 196169)
Suite E
1805 North Carson Street
Carson City, NV 89701-1216
Telephone: 775-434-1856
LawDr1@lawdr.us
Attorney for Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin M. Higley, Kyle J. Clark, and Ryan D. Clark<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA STATE UNIVERSITY; Joseph Castro, Acting Chancellor of the CALIFORNIA STATE UNIVERSITY SYSTEM, in his official and personal capacities; Gayle E. Hutchinson, President of the CALIFORNIA STATE UNIVERSITY, Chico Campus, in her official and personal capacities; Xavier Becerra, Secretary of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official and personal capacities; Dr. Anthony Fauci, Director of the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES, in his official and personal capacities; Dr. Janet Woodcock, Acting Commissioner of the U.S. FOOD AND DRUG ADMINISTRATION, in her official and personal | **Case No: 2:21-at-583**<br><br>**Declarartion of Austin Myles Higley** |

Declaration of Austin Myles Higley        Page 1 of 2        Case No. _____

capacities; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, FOOD AND DRUG ADMINISTRATION; CENTER FOR DISEASE CONTROL AND PREVENTION; NATIONAL INSTITUTES OF HEALTH; NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES; and John and Jane Does I-V,

Defendants.

## DECLARATION OF PLAINTIFF AUSTIN MYLES HIGLEY

I am a Plaintiff in the above-entitled action.

1. I am over the age of 18, and have personal knowledge of the following facts.

2. I am currently, and at all times mentioned in the Complaint filed concurrently herewith, a student at the California State University, Chico campus.

3. My major is Biological Sciences with a focus on Plant Science. I have approximately a year and a half of studies remaining before I receive my B.S..

4. I was infected with the COVID-19 virus in early January of 2020.

5. On Thursday April 22, 2021, I received an email from Defendant Gayle E. Hutchinson stating that Defendant Joseph I. Castro, Chancellor of the California State University system has mandated that all students, faculty, and staff must be vaccinated against the Covid-19 virus before the start of the fall semester. (See Exhibit 1)

6. I do not consent to receive the COVID-19 vaccine.

I declare under the penalties of perjury the foregoing is true and correct.

Executed this 23rd day of June, 2021 at Grass Valley, California..

_____
Austin Myles Higley,