Peter Gibbons (CBN: 196169)
Suite E
1805 North Carson Street
Carson City, NV 89701-1216
Telephone: 775-434-1856
LawDr1@lawdr.us
Attorney for Plaintiff.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin Myles Higley, Kyle J. Clark, and Ryan D. Clark<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE UNIVERSITY; et al.,<br><br>Defendants. | **Case No: 2:21-at-583**<br><br>**Plaintiffs' Exhibit** |

**EXHIBIT 1**

Case No. _____

Dear Students,

This afternoon, Chancellor Joseph Castro announced the California State University system will require students, faculty, and staff at all 23 campuses to get vaccinated against COVID-19 before the start of the fall semester. This announcement, made in tandem with University of California President Michael Drake, means that students will attend universities with safer collegiate environments in the fall.

The requirement will be conditional upon one or more of the vaccines gaining full approval by the FDA, which is expected to happen in the coming weeks, as well as the adequate availability of fully approved vaccines.

The natural question that many of you will ask: What does this mean for the fall 2021 class schedule? In order to help students make the best possible decisions, we are doing two things.

1. For continuing students, we are moving the start of fall 2021 class registration from April 26 to May 5 to allow academic departments time to evaluate the schedule and consider adding more in-person classes.
2.  For incoming students, we are extending the intent-to-enroll deadline to June 1.?

We will provide updated information on timing of vaccine requirements, how students will verify they have been vaccinated, and the exemptions process once it becomes available.

While we wait to share more details, I'm excited about what this means for Chico State. I'm hopeful we will be able to expand on-campus experiences. This also opens up the possibility of more athletic events, performances, lectures, and special events that make our campus a special place.?

In the meantime, I strongly encourage all students who are able to get vaccinated to do so as soon as possible.

Sincerely,
**Gayle Hutchinson**
President