# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, I served the foregoing:

**Summons;**

**Complaint for Injunctive and Declaratory Relief;**

**Notice of Plaintiffs' Motion for Preliminary Injunctions; and the**

**Plaintiffs' Motion and Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction**;

on all state Defendants of record via United States Mail, First Class postage pre-paid, as follows:

Joseph Castro, Acting Chancellor
California State University
Office of the Chancellor
401 Golden Shore
Long Beach, CA 90802

Gayle E. Hutchinson, President
California State University, Chico
400 West First Street
Chico, CA 95929-0722

and upon all federal Defendants, as follows:

Xavier Becerra, Secretary
U.S. Dept. of Health & Human Srvcs.
200 Independence Avenue, S.W.
Washington, D.C. 20201

Dr. Anthony Fauci, Director
NIAIH
9000 Rockville Pike
Bethesda, MD, 20892

Dr. Janet Woodcock
Acting Commissioner
U.S. Food and Drug Admin.
10903 New Hampshire Ave.
Silver Spring, MD 20993-0002

National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

U.S. Department of Health and Human Services
Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993-0002

Centers for Disease Control and Prevention
M/C 5202P
William Jefferson Clinton Building
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

National Institute of Allergies and Infectious Diseases;
MSC 9806
5601 Fishers Lane
Bethesda, MD 20892-9806

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. Attorney, Eastern District of California
United States Attorney's Office
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814

United States Attorney General
555 Fourth Street, N.W.
Washington, D.C. 20530


Dated: July 20, 2021



_____

Peter Gibbons
Attorney for Plaintiffs
Law Office of Gibbons & Associates
1805 North Carson Street, Suite E
Carson City, Nevada 89701-1216
775-434-1856 Ph.
775-276-6927 Fax
LawDr1@lawdr.u