1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Austin Higley, Kyle J. Clark, and Ryan D. Clark,<br><br>                Plaintiffs,<br><br>         v.<br><br>CALIFORNIA STATE UNIVERSITY; Joseph Castro, Acting Chancellor of the CALIFORNIA STATE UNIVERSITY SYSTEM, in his official and personal capacities; Gayle E. Hutchinson, President of the CALIFORNIA STATE UNIVERSITY, Chico Campus, in her official and personal capacities; Xavier Becerra, Secretary of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official and personal capacities; Dr. Anthony Fauci, Director of the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES, in his official and personal capacities; Dr. Janet Woodcock, Acting Commissioner of the U.S. FOOD AND DRUG ADMINISTRATION in her official and personal capacities; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, FOOD AND DRUG ADMINISTRATION; CENTER FOR DISEASE CONTROL AND PREVENTION; NATIONAL INSTITUTES OF HEALTH; NATIONAL INSTITUTE OF | Case No. 2:21-cv-01126-TLN-JDP<br><br>**ORDER GRANTING CSU DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    April 19, 2021<br>Time:   2:00 p.m.<br>Ctrm:   Courtroom 2, 15th floor<br>Judge:  Hon. Troy L. Nunley<br><br>Complaint filed:  June 24, 2021 |

ALLERGIES AND INFECTIOUS DISEASES; and John and Jane Does I-V,

          Defendants.

On August 5, 2021, Defendants Board of Trustees of the California State University (erroneously sued as California State University), Joseph Castro, Chancellor of the California State University System, and Gayle E. Hutchinson, President of the California State University, Chico Campus (collectively, the "CSU Defendants") submitted a request to seal certain materials filed in support of the CSU Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

Having considered the request to seal submitted by the CSU Defendants and all related papers, having heard the arguments of counsel, and being fully advised in the matter, the Court hereby finds that good cause exists and ORDERS that the CSU Defendants' request to seal is GRANTED.

The Clerk of the Court shall file under seal the following documents pursuant to Civil Local Rule 141(2):

1.    Declaration of CSU Chico Registrar, Michael Dills-Allen, Ph.D., in Support of CSU Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction; and

2.    The unredacted version of CSU Defendants' brief in Opposition to Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED**

Dated: August 10, 2021

                                                        Troy L. Nunley
                                                        United States District Judge