1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Austin Higley, Kyle J. Clark, and Ryan D. Clark, | Case No. 2:21-cv-01126-TLN-JDP |
| Plaintiffs, | **ORDER GRANTING CSU DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION TO DISMISS** |
| v. | |
| CALIFORNIA STATE UNIVERSITY; Joseph Castro, Acting Chancellor of the CALIFORNIA STATE UNIVERSITY SYSTEM, in his official and personal capacities; Gayle E. Hutchinson, President of the CALIFORNIA STATE UNIVERSITY, Chico Campus, in her official and personal capacities; Xavier Becerra, Secretary of the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official and personal capacities; Dr. Anthony Fauci, Director of the NATIONAL INSTITUTE OF ALLERGIES AND INFECTIOUS DISEASES, in his official and personal capacities; Dr. Janet Woodcock, Acting Commissioner of the U.S. FOOD AND DRUG ADMINISTRATION in her official and personal capacities; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, FOOD AND DRUG ADMINISTRATION; CENTER FOR DISEASE CONTROL AND PREVENTION; NATIONAL INSTITUTES OF HEALTH; NATIONAL INSTITUTE OF | Date:        September 16, 2021<br>Time:        2:00 p.m.<br>Ctrm:        Courtroom 2, 15th floor<br>Judge:        Hon. Troy L. Nunley<br><br>Complaint filed:  June 24, 2021 |

11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

1
2
ALLERGIES AND INFECTIOUS
DISEASES; and John and Jane Does
I-V,

3
      Defendants.

4

5

6       On August 9, 2021, Defendants Board of Trustees of the California State University

7 (erroneously sued as California State University), Joseph Castro, Chancellor of the California

8 State University System, and Gayle E. Hutchinson, President of the California State University,

9 Chico Campus (collectively, the "CSU Defendants") submitted a request to seal certain materials

10 filed in support of the CSU Defendants' Motion to Dismiss.

11       Having considered the request to seal submitted by the CSU Defendants and all related

12 papers, having heard the arguments of counsel, and being fully advised in the matter, the Court

13 hereby finds that compelling reasons exist and ORDERS that the CSU Defendants' request to seal

14 is GRANTED.

15       The Clerk of the Court shall file under seal the following documents pursuant to Civil

16 Local Rule 141(2):

17       1.      The unredacted version of CSU Defendants' Memorandum of Points and

18 Authorities in support of Motion to Dismiss.

19       **IT IS SO ORDERED**

20 Dated: August 11, 2021

21

22                                    Troy L. Nunley
                                      United States District Judge

23

24

25

26

27

28

-2-