BRIAN M. BOYNTON
  Acting Assistant Attorney General

ARUN G. RAO
  Deputy Assistant Attorney General

GUSTAV W. EYLER
  Director

HILARY K. PERKINS
  Assistant Director

JONATHAN E. AMGOTT
DAVID H. HIXSON
  Trial Attorneys
  Consumer Protection Branch
  Civil Division
  U.S. Department of Justice
  P.O. Box 386
  Washington, DC  20044-0386
  (202) 532-5025
  (202) 514-8742 (fax)
  Jonathan.E.Amgott@usdoj.gov

*Counsel for Federal Defendants Xavier Becerra,* et al.
(see signature page for full list)

*Additional Counsel Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Austin M. Higley, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>California State University, *et al.*,<br><br>                    Defendants. | No. 2:21-cv-01126-TLN-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR BRIEFING AND TO CONTINUE HEARING DATE ON FEDERAL DEFENDANTS' MOTION TO DISMISS**<br><br>[L.R. 144, 230] |

STIPULATION AND [PROPOSED] ORDER

1  Peter Gibbons (CBN: 196169)
   Suite E
2  1805 North Carson Street
   Carson City, NV 89701-1216
3  Telephone: 775-434-1856
4  LawDr1@lawdr.us

5  *Counsel for Plaintiffs Austin M. Higley,
   Kyle J. Clark, and Ryan D. Clark*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Pursuant to Local Rules 143, 144, and 230, and the Court's Case Management Procedures, Plaintiffs and Federal Defendants hereby stipulate, subject to the Court's approval, to the following:

    On August 5, 2021, Federal Defendants filed their motion to dismiss (ECF No. 12), arguing that the Court lacks jurisdiction over the claims asserted against Federal Defendants. The motion to dismiss is scheduled for hearing on September 2, 2021. Pursuant to Local Rule 230, Plaintiffs' response to the motion to dismiss is due on August 19, 2021, and Federal Defendants' reply in support of the motion is due on August 26, 2021.

    Also on August 5, 2021, Federal Defendants filed their opposition to Plaintiffs' motion for preliminary injunction, arguing, among other things, that the Court cannot grant the relief that Plaintiffs seek because it lacks jurisdiction. Plaintiffs' reply in support of their motion for preliminary injunction is due on August 26, 2021.

    In light of the overlapping issues raised by Federal Defendants' motion to dismiss and opposition to the motion for preliminary injunction, the need for several agencies of the federal government to review the draft reply, and respective counsels' workload, which as to Plaintiffs' counsel also includes briefing responses to the CSU Defendants' separate motion to dismiss and opposition to the motion for preliminary injunction, Plaintiffs and Federal Defendants hereby stipulate, subject to the Court's approval, to the following revised briefing schedule and continuance of the hearing date:

- Deadline for Plaintiffs' Response to Federal Defendants' Motion to Dismiss: August 26, 2021;
- Deadline for Federal Defendants' Reply in Support of their Motion to Dismiss: September 9, 2021;
- Hearing on Federal Defendants' Motion to Dismiss: September 16, 2021.

    The Parties have not previously asked for an extension of time to file a response to, or reply in support of, Federal Defendants' motion to dismiss. Previously, the Court granted Plaintiffs' ex parte application for extension of time to file their reply in support of their motion for preliminary injunction.

STIPULATION AND [PROPOSED] ORDER      3

| | | |
|---|---|---|
| 1 | August 12, 2021 | Respectfully submitted, |
| 2 | | */s/ Peter Gibbons* (as authorized on Aug. 12, 2021) |
| | | Peter Gibbons (CBN: 196169) |
| 3 | |    Suite E |
| 4 | |    1805 North Carson Street |
| | |    Carson City, NV 89701-1216 |
| 5 | |    Telephone: 775-434-1856 |
| | |    LawDr1@lawdr.us |

*Counsel for Plaintiffs*

August 12, 2021                              Respectfully submitted,

OF COUNSEL:                                  BRIAN M. BOYNTON
                                                Acting Assistant Attorney General

DANIEL BARRY
   Acting General Counsel                  ARUN G. RAO
                                                Deputy Assistant Attorney General

PERHAM GORJI
   Deputy Chief Counsel, Litigation        GUSTAV W. EYLER
                                                Director

JAMES S. ALLRED
   Associate Chief Counsel                 HILARY K. PERKINS
   Office of the General Counsel              Assistant Director
   U.S. Food and Drug Administration
   10903 New Hampshire Avenue              */s/ Jonathan E. Amgott*
   White Oak 31                            JONATHAN E. AMGOTT (DCBN 1031947)
   Silver Spring, MD 20993-0002            DAVID H. HIXSON
                                                Trial Attorneys
                                                Consumer Protection Branch
                                                Civil Division
                                                U.S. Department of Justice
                                                P.O. Box 386
                                                Washington, DC  20044-0386
                                                (202) 532-5025
                                                (202) 514-8742 (fax)
                                                Jonathan.E.Amgott@usdoj.gov

*Counsel for Federal Defendants Xavier Becerra, Secretary of the U.S. Department of Health and Human Services; Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases; Dr. Janet Woodcock, Acting Commissioner of the U.S. Food and Drug Administration; U.S. Department of Health and Human Services; U.S. Food and Drug Administration; Centers for Disease Control and Prevention; National Institutes of Health; and National Institute of Allergy and Infectious Diseases*

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

Dated: _____, 2021

_____
TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE