Peter Gibbons (CBN: 196169)
Suite E
1805 North Carson Street
Carson City, NV 89701-1216
Telephone: 775-434-1856
LawDr1@lawdr.us
Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Austin M. Higley, Kyle J. Clark, and Ryan D. Clark,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA STATE UNIVERSITY; et al.; and John and Jane Does I-V,<br><br>Defendants. | **Case No: 2:21-CV-01126-TLN-JDP**<br><br>**Notice of Plaintiffs' Dismissal** |

**NOTICE OF PLAINTIFFS' DISMISSAL**

COMES NOW the Plaintiffs, by and through their undersigned attorney of record, who hereby dismiss this action, without prejudice, pursuant to the provision of Fed.R.Civ.P. 41(a)(1)(i) that provides a plaintiff may dismiss an action without a court order by filing a notice of dismissal before an opposing party servers either an answer or a motion for summary judgment.

Respectfully submitted,

This, August 19, 2020

Notice of Dismissal                Page 1 of 2                Case No. 2:21-CV-01126

1
2
3     _____
4     Peter Gibbons
      Attorney for Plaintiffs
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28